1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SHOMARI NAEEM SHUAIBE
     aka FELTON GUILLORY,

11
              Plaintiff,                  1:07-cv-00775 ALA P
12        vs.

13   JAMES TILTON, et al.,

14        Defendants.              ORDER

15   _____/

16        Plaintiff is a state prisoner proceeding pro se in this civil rights actions pursuant to 42

17   U.S.C. § 1983.  On March 24, 2008, plaintiff filed a motion for an extension of time to file an

18   amended complaint.  Good cause appearing, that motion will be granted.

19   /////

20        Therefore, IT IS HEREBY ORDERED that:

21        1.  Plaintiff's March 24, 2008, motion for an extension of time is GRANTED; and

22        2.  Plaintiff may file an amended complaint within thirty-five (35) days of the date of this

23   order.  Failure to file an amended complaint will result in dismissal of the claims against

24   defendants Pimentel, Sullivan, R.A. Gonzales and Villanueva.  Plaintiff would then proceed

25   against defendants Tilton, Grannis, F. Gonzalez, Carrasco, Johnson, Montano, Granillo and

26   Snyder.

1  /////

2  Dated: March 27, 2008

3                                              /s/ Arthur Alarcón
                                               UNITED STATES CIRCUIT JUDGE
4                                              Sitting by Designation

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26