IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHOMARI NAEEM SHUAIBE, aka
FELTON GUILLORY,

        Plaintiff,                     CV F 07 0775 LJO WMW   PC

  vs.                                 ORDER FINDING COMPLAINT
                                          STATES A COLORABLE CLAIM
                                          AND DIRECTING PLAINTIFF
                                          TO COMPLETE USM 285 FORMS

JAMES TILTON, et al.,

        Defendants.

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on May 29, 2007. The court has screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and, pursuant to an order entered on February 19, 2008, finds that it appears to state cognizable claims for relief under 42 U.S.C. § 1983 against defendants Tilton, Grannis, F. Gonzalea, Carrasco, Johson, Montano, Granillo and Snyer. Accordingly, it is HEREBY ORDERED that:

      1.    Service is appropriate for the following defendants:

            JAMES TILTON

            NANCY GRANNIS

|     |     |     |
| --- | --- | --- |
| 1   |     | F. GONZALEZ |
| 2   |     | M. CARRASCO |
| 3   |     | R. JOHNSON |
| 4   |     | SGT. MONTANO |
| 5   |     | E. GRANILLO |
| 6   |     | DR. SNYDER |

2. The Clerk of the Court shall send to plaintiff eight USM-285 forms, eight summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed May 29, 2007.

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Nine copies of the endorsed complaint filed May 29, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

1 | **Dated:   July 14, 2008**                                   **/s/  William M. Wunderlich**
                                                                 UNITED STATES MAGISTRATE JUDGE