IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FELTON GUILLORY,

        Plaintiff,        1: 07 0775 LJO WMW PC

  vs.                ORDER RE MOTION (DOC 15)

JAMES E. TILTON, et al.,

        Defendants.

     Plaintiff has filed a motion for extension of time in which to complete the USM 285 forms for service of process.  Good cause appearing, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to complete and return to the court USM 285 forms for service of process.

IT IS SO ORDERED.

**Dated:   August 20, 2008**                **/s/  William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE