IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FELTON GUILLORY,

        Plaintiff,           1: 07 CV 0775 LJO WMW PC

        vs.                      ORDER

JAMES TILTON, et al.,

        Defendants.

       On July 15, 2008, an order was entered, finding that the complaint stated a claim for relief.  Plaintiff was directed to complete and submit to the court forms for service of process.  On July 16, 2008, findings and recommendations were entered, recommending the dismissal of defendants Pimentel, Sullivan, Gonzales and Villanueva.

       On August 12, 2008, an order was entered, adopting the findings and recommendations of the Magistrate Judge.  The order indicated that this case is closed.  The order adopting the findings and recommendations should only have dismissed defendants Pimentel, Sullivan, Gonzales and Villanueva.  The case was closed in error.

       Accordingly, IT IS HEREBY ORDERED that:

1. The August 12, 2008, order adopting the findings and recommendations and the judgment of dismissal are vacated.

2. The Clerk is directed to reopen this case.

3. Defendants Pimentel, Sullivan, Gonzales and Villanueva are dismissed.

IT IS SO ORDERED.

**Dated:   August 20, 2008**                              /s/ Lawrence J. O'Neill
                                                   UNITED STATES DISTRICT JUDGE