IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **FELTON GUILLORY,**<br><br>Plaintiff,<br><br>v.<br><br>**JAMES E. TILTON et al.,**<br><br>Defendants. | 1:07-cv-0775 LJO WMW P<br><br>**[ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR A THIRTY DAY EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING** |

The Court, having considered Defendants' first request for an extension of time to file a responsive pleading, and good cause having been found,

IT IS HEREBY ORDERED THAT: Defendants' responsive pleading shall be filed on or before December 29, 2008.

IT IS SO ORDERED.

**Dated:    November 21, 2008**          /s/  William M. Wunderlich
                                          UNITED STATES MAGISTRATE JUDGE