IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Felton Guillory a.k.a. Shomari Naeem Shuaibe,<br><br>   Plaintiff,<br><br>vs.<br><br>James E. Tilton, et al.,<br><br>   Defendant. | No. 1:07-cv-0775-ROS (PC)<br><br>**ORDER** |

The Court having received and reviewed Plaintiff's unopposed Request For Thirty Day Extension (Doc. 34), and good cause appearing,

**IT IS ORDERED** Plaintiff's Request (Doc. 34) **IS GRANTED**.

**FURTHER ORDERED** Plaintiff will respond to Defendants' Motion To Dismiss **NO LATER THAN FEBRUARY 13, 2009.**

DATED this 15th day of January, 2009.

                  Roslyn O. Silver
                  United States District Judge