IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory *also known as* Shomari Naeem Shuaibe,<br><br>  Plaintiff,<br><br>vs.<br><br>James E. Tilton, et al.,<br><br>  Defendants. | No. CV–07-00775-ROS<br><br>**ORDER** |

IT IS ORDERED Defendants shall Respond to Plaintiff's "Motion to Order Prison Officials to Locate Plaintiff Inmate Witnesses" (Doc. 53) no later than October 22, 2010.

DATED this 14th day of October, 2010.

_____
Roslyn O. Silver
United States District Judge