# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory, | No. CV07-00775-ROS (PC) |
| Plaintiff, | **ORDER** |
| vs. | |
| James E. Tilton, et. al., | |
| Defendants. | |

After considering Plaintiff's Response (Doc. 62) and Motion for Reconsideration (Doc. 67), and for good cause appearing,

**IT IS HEREBY ORDERED** Plaintiff's Motion for Reconsideration (Doc. 67) is **DENIED**.

DATED this 30th day of November, 2010.

Roslyn O. Silver
United States District Judge