IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>James E. Tilton, et al.,<br><br>　　　　　Defendants. | No. CV-07-0775-ROS (PC)<br><br>**ORDER** |

　　　　Plaintiff is a prisoner in custody with the California Department of Corrections and Rehabilitation proceeding pro se in a civil rights action under 42 U.S.C. § 1983. This action is proceeding against defendants Snyder and Granillo and trial is to be set by a future order.

　　　　The parties to this action shall each, no later than fifteen (15) days from the date of the order, submit confidential statements as described below. The confidential statements shall not be served on the opposing party or filed with the court, but instead, delivered by mail, fax, email or personal delivery to the court's Alternative Dispute Resolution (ADR) division at the address, fax number or email address below and marked "Confidential."

　　　　　　ADR Division, Attention: Sujean Park
　　　　　　US District Court
　　　　　　501 I Street, Suite 4-200
　　　　　　Sacramento, CA 95814

　　　　Such statements shall be limited to five (5) pages and shall include the following:

　　　　1) the party's assessment of whether the instant action is of the type that would benefit from a settlement proceeding;

2) the party's assessment of what factors, if any, will prevent settlement of this matter prior to trial; and

3) any additional information the court may find useful in determining whether to set this matter for a settlement conference.

Should the Court determine this action to be appropriate to referral to the Prisoner Settlement Program, the Court will set this matter for settlement conference before a magistrate judge or district judge.

DATED this 27th day of September, 2011.

_____
Roslyn O. Silver
Chief United States District Judge

cc: ADR Division, Attention: Sujean Park