IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>James E. Tilton, et al.,<br><br>　　　　Defendants. | No. CV-07-00775-ROS (PC)<br><br>**ORDER** |

**IT IS ORDERED** the parties' stipulation to extend the time to file the joint proposed pretrial order **(Doc. 78)** is **GRANTED**. The parties shall file the joint proposed pretrial order no later than **December 1, 2011.**

**IT IS ORDERED** the parties shall file a joint status report no later than **November 10, 2011** to inform the Court whether they complied with the Court's September 27, 2011 order requiring each party to submit a confidential settlement statement to the court's Alternative Dispute Resolution (ADR) division.

DATED this 26th day of October, 2011.

　　　　　　　　　　　　　　　　　　　Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　Chief United States District Judge