# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory, | No. CV-07-00775-ROS (PC) |
| Plaintiff, | |
| vs. | **ORDER** |
| James E. Tilton, et al., | |
| Defendants. | |

For the reasons stated in the Court's October 5, 2010 order (Doc. 58),

**IT IS ORDERED** Plaintiff's pending motions to appoint counsel (Docs. 87 and 98) are **DENIED**.

**IT IS FURTHER ORDERED** Plaintiff's motion for extension of time (Doc. 108) is **GRANTED.** Plaintiff shall have until April 30, 2012 to respond to Defendants' Opposition to Plaintiff's Motion to Bar All Evidence Regarding His Psychiatric Condition.

DATED this 30th day of March, 2012.

Roslyn O. Silver
Chief United States District Judge