IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory,<br><br>    Plaintiff,<br><br>vs.<br><br>James E. Tilton, et al.,<br><br>    Defendants. | No. CV-07-00775-ROS (PC)<br><br>**ORDER** |

For the reasons stated in the Court's October 5, 2010 order (Doc. 58),

**IT IS ORDERED** Plaintiff's pending motions to appoint counsel (Docs. 87 and 98) are **DENIED**.

**IT IS FURTHER ORDERED** Plaintiff's motion for extension of time (Doc. 108) is **GRANTED.** Plaintiff shall have until April 30, 2012 to respond to Defendants' Opposition to Plaintiff's Motion to Bar All Evidence Regarding His Psychiatric Condition.

DATED this 30th day of March, 2012.

_____
Roslyn O. Silver
Chief United States District Judge