IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>James E. Tilton, et al.,<br><br>　　　　　Defendants. | No. CV-07-00775-ROS (PC)<br><br>**ORDER** |

　　　　This case is ready for trial. The Court will set the date for trial and the date for a status conference. At the status conference, the parties should be prepared to discuss, among other aspects of the case: 1) whether Plaintiff's witnesses should appear in-person or through alternative means; 2) whether the parties are willing to stipulate to this trial occurring in Sacramento; and 3) how Plaintiff will provide the witness fees for his witnesses.

　　　　Accordingly,

　　　　**IT IS ORDERED** a jury trial is set for **August 27, 2012 at 9:00 a.m.** at a location to be determined. Estimated length of trial is two days.

　　　　**IT IS FURTHER ORDERED** a status conference is set for **April 26, 2012 at 3:00 p.m. Arizona time**. Defense counsel shall arrange a conference call with Plaintiff and then call 602-322-7520 five minutes prior to the hearing.

1      **IT IS FURTHER ORDERED** no later than **June 15, 2012** the parties are to file a
2 proposed trial schedule.

3      DATED this 5th day of April, 2012.

_____
Roslyn O. Silver
Chief United States District Judge