IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory,<br><br>          Plaintiff,<br><br>vs.<br><br>James E. Tilton, et al.,<br><br>          Defendants. | No. CV-07-00775-ROS (PC)<br><br>**ORDER** |

**IT IS ORDERED** resetting the status conference to **June 22, 2012 at 10:30 a.m**. At the status conference, the parties should be prepared to discuss, among other aspects of the case: 1) whether Plaintiff's witnesses should appear in person or through alternative means; 2) whether the parties are willing to stipulate to this trial occurring in Sacramento; and 3) how Plaintiff will provide the witness fees for his witnesses. Defense counsel shall arrange a conference call with Plaintiff and then call 602-322-7520 five minutes prior to the hearing.

**IT IS FURTHER ORDERED** the jury trial set for **August 27, 2012 at 9:00 a.m.** is affirmed. Estimated length of trial is two days.

DATED this 30th day of May, 2012.

_____
Roslyn O. Silver
Chief United States District Judge