## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory, | No. CV-07-00775-ROS (PC) |
| Plaintiff, | |
| vs. | **ORDER** |
| James E. Tilton, et al., | |
| Defendants. | |

**IT IS ORDERED** the parties' stipulation **(Doc. 116)** is **GRANTED AS MODIFIED**.

**IT IS FURTHER ORDERED** by June 28, 2012, Defense counsel will contact the litigation coordinator assigned to the parole regions of former inmates Atkinson, Arcila, and Rainer and instruct them to search CDCR's parole records for the last known addresses of Atkinson, Arcila, and Rainer. This has been completed by Defense counsel. *See* (Docs. 118-119)

**IT IS FURTHER ORDERED** by July 9, 2012, due to security concerns, defense counsel will file the last known addresses of former inmates Atkinson, Arcila, and Rainer, if any, with the Court **under seal**. **The addresses of former inmates Atkinson, Arcila, and Rainer shall not be made public or provided to Plaintiff absent a Court order specifically permitting such disclosure.** This has been completed by Defense counsel. *See* (Doc. 119)

**IT IS FURTHER ORDERED** no later than July 9, 2012, defense counsel will calculate the anticipated mileage and appearance fees for Atkinson, Arcila, and Rainer based

1  upon the addresses provided by CDCR.  Defense counsel will file a statement with the
2  anticipated appearance fees for Atkinson, Arcila, and Rainer in order to inform Plaintiff of
3  such fees.  This has been completed by Defense counsel.  *See* (Doc. 118)

4  **IT IS FURTHER ORDERED** no later than July 27, 2012, if Plaintiff wishes to
5  subpoena Atkinson, Arcila, and Rainer for trial, Plaintiff shall tender the necessary witness
6  fees to the Court at the following address: Robert E. Coyle United States Courthouse, 2500
7  Tulare Street Attention: Clerk's Office Room 1501, Fresno, CA 93721.  The Court will then
8  order the United States Marshals Service to tender the appearance fees for Atkinson, Arcila,
9  and Rainer when they serve the trial subpoenas, if any.  **The addresses of former inmates**
10 **Atkinson, Arcila, and Rainer shall not be made public or provided to Plaintiff absent**
11 **a Court order specifically permitting such disclosure.  Therefore, any paperwork**
12 **showing service or attempted service by the Marshals shall not reveal to Plaintiff the**
13 **addresses of former inmates Atkinson, Arcila, and Rainer**

14 **IT IS FURTHER ORDERED** no later than July 27, 2012, if Plaintiff wishes to
15 prepare a letter to Atkinson, Arcila, and Rainer to request they appear at trial voluntarily and
16 contact Plaintiff so he can prepare them as witnesses, Plaintiff shall file the letter(s) with the
17 Court, and tender the necessary postage to the Court at the following address: Robert E.
18 Coyle United States Courthouse, 2500 Tulare Street Attention: Clerk's Office Room 1501,
19 Fresno, CA 93721.  If the Court letters are filed and postage tendered by the date set in this
20 order, the Court will address and affix postage to the letters and send them to Atkinson,
21 Arcila, and Rainer, and will file a notice on the docket of sending the letters.  **In no event**
22 **shall the addresses of former inmates Atkinson, Arcila, and Rainer be made public or**
23 **provided to Plaintiff absent a Court order specifically permitting such disclosure.**
24  DATED this 12th day of July, 2012.

Roslyn O. Silver
Chief United States District Judge