IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Felton Guillory, | ) | No. CV-07-0775-ROS (PC) |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| James E. Tilton, et al., | ) | |
| Defendants. | ) | |

On July 12, 2012, the Court issued an order permitting Plaintiff to issue subopoenas and send letters to the Court to mail to former inmates Atkinson, Arcila, and Rainer. (Doc. 127). On or about July 19, 2012, the Court received four letters from Plaintiff. The letters were received at the following address: Robert E. Coyle United States Courthouse, 2500 Tulare Street Attention: Clerk's Office Room 1501, Fresno, CA 93721. The letters are to former inmates Atkinson, Arcila, and Rainer, and a letter to currently incarcerated inmate Viscara. *See* (Doc. 118) (Defendant's response indicating Viscara is incarcerated and providing prisoner number and prison location).

As to the letter to Viscara, the Court will return the letter to Plaintiff. The Court's July 12, 2012 order did not indicate the Court would mail a letter to Viscara because Viscara is still incarcerated. Prisoners are able to look up other prisoner's addresses through CDCR and send mail to other prisoners.

1  Along with his letters, Plaintiff provided three envelopes with postage affixed.
2  Plaintiff addressed the envelopes to himself, but the Court will affix proper addresses for
3  Atkinson, Arcila, and Rainer to facilitate the mailing.  The Court will list the Court as the
4  return address on the envelopes because **the addresses of former inmates Atkinson, Arcila,**
5  **and Rainer shall not be made public or provided to Plaintiff absent a Court order**
6  **specifically permitting such disclosure.**

7  Accordingly,

8  **IT IS ORDERED** the **Clerk of the Court** shall file the letters to Atkinson, Arcila,
9  and Rainer on the docket **under seal** for security reasons.  Only the letters shall appear on
10 the docket, not the addressed envelopes or the addresses of Atkinson Arcila, and Rainer.
11 **The addresses of former inmates Atkinson, Arcila, and Rainer shall not be made public**
12 **or provided to Plaintiff absent a Court order specifically permitting such disclosure.**

13 **IT IS ORDERED** the **Clerk of the Court** shall affix proper addresses for Atkinson
14 Arcila, and Rainer to the stamped envelopes provided by Plaintiff, list the Court (the Robert
15 E. Coyle United States Courthouse) as the return address, and place the letters in the United
16 States mail.

17 **IT IS ORDERED** the **Clerk of the Court** shall return Plaintiff's letter to Viscara to
18 Plaintiff.

19 DATED this 20th day of July, 2012.

_____
Roslyn O. Silver
Chief United States District Judge