IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>James E. Tilton, et al.,<br><br>　　　　　Defendants. | No. CV-07-00775-ROS (PC)<br><br>**ORDER** |

　　　On July 20, 2012, Defendant filed a motion to continue trial. The motion attaches a declaration of Snyder's treating physician, which states Snyder underwent surgery on July 19, 2012. Snyder "will be physically unable to attend trial for at least three months" because he cannot "sit, even for a relatively brief period of time" without risking "significant medical complications and further injury.". The Court finds good cause to continue the trial.

　　　Accordingly,

　　　**IT IS ORDERED** Defendant's motion to continue **(Doc. 132)** is **GRANTED**. The **trial** currently set to begin August 27, 2012 is **continued** to a date to be determined.

　　　DATED this 24th day of July, 2012.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Roslyn O. Silver
　　　　　　　　　　　　　　　　　　Chief United States District Judge