IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Felton Guillory,<br><br>    Plaintiff,<br><br>vs.<br><br>James E. Tilton, et al.,<br><br>    Defendants. | No. CV-07-00775-ROS (PC)<br><br>**ORDER** |

**IT IS ORDERED** a jury trial is set for **January 9, 2013 at 9:00 a.m.** Estimated length of trial is two days. The trial will take place in Sacramento, California.

**IT IS FURTHER ORDERED** the motion for writs **(Doc. 96)** is **GRANTED IN PART AND DENIED IN PART**, as stated in the July 12, 2012 order (Doc. 127).

**IT IS FURTHER ORDERED** the motion to move trial back to Central or Southern California and for a protective order **(Doc. 121)** is **DENIED**.

**IT IS FURTHER ORDERED** the motion for appointment of expert witness rheumatologist **(Doc. 122)** is **DENIED**.

**IT IS FURTHER ORDERED** the motion to allow testimony through deposition or alternative means **(Doc. 125)** is **DENIED**. Discovery is closed.

**IT IS FURTHER ORDERED** the motion to appoint psychologist as an expert witness **(Doc. 126)** is **DENIED**.

**IT IS FURTHER ORDERED** the motion for reconsideration **(Doc. 123)** is **DENIED**.

**IT IS FURTHER ORDERED** the motion for reconsideration **(Doc. 128)** is **DENIED**.

**IT IS FURTHER ORDERED** the motion to direct U.S. Marshals to return unused witness fees if witness to not show up to Court **(Doc. 138)** is **DENIED AS MOOT**, with leave to refile.

**IT IS FURTHER ORDERED** no later than **October 10, 2012**, Defendants shall respond to Plaintiff's motion for reconsideration regarding Plaintiff's letter to inmate Vizcarra **(Doc. 139)**.

**IT IS FURTHER ORDERED** the witness fees for Atkinson, Arcila, and Rainer tendered by Plaintiff to the Court are being held in a vault. The Court will order the U.S. Marshals Service to serve the trial subpoenas, together with the witness fees, approximately 30 to 45 days prior to trial. At any time prior to the U.S. Marshals serving the trial subpoenas and witness fees, Plaintiff may file a motion for return of the witness fees indicating he does not want the U.S. Marshals to serve the trial subpoenas and witness fees on Atkinson, Arcila and/or Rainer. **The addresses of former inmates Atkinson, Arcila, and Rainer shall not be made public or provided to Plaintiff absent a Court order specifically permitting such disclosure. Therefore, any paperwork showing service or attempted service by the Marshals shall not reveal to Plaintiff the addresses of former inmates Atkinson, Arcila, and Rainer**.

DATED this 19th day of September, 2012.

Roslyn O. Silver
Chief United States District Judge