IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Felton Guillory, | ) | No. CV-07-00775-ROS (PC) |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| James E. Tilton, et al., | ) | |
| Defendants. | ) | |
| | ) | |

On October 25, 2012, Defendant filed a motion to continue trial. The motion attaches a declaration of counsel, which states counsel will be out on paternity leave. Plaintiff has not responded to the motion to continue. The Court finds good cause to continue the trial.

Accordingly,

**IT IS ORDERED** Defendant's motion to continue **(Doc. 145)** is **GRANTED**. The **trial** currently set to begin January 9, 2013 in Sacramento, California, is **continued** to a date to be determined.

DATED this 27th day of November, 2012.

_____
Roslyn O. Silver
Chief United States District Judge