IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>James E. Tilton, et al.,<br><br>　　　　Defendants. | No. CV-07-00775-ROS (PC)<br><br>**ORDER** |

**IT IS ORDERED** Defendant's motion for mandatory settlement hearing **(Doc. 146)** is **GRANTED IN PART AND DENIED IN PART**.  No later than **January 25, 2013**, Defense counsel shall contact Plaintiff by phone to discuss settlement and file a status report regarding the possibility for settlement.  Depending on the status report, the Court may schedule a settlement hearing before a magistrate judge.

**IT IS FURTHER ORDERED** the **Clerk of the Court** shall update the docket to reflect Megan R. O'Carroll has been substituted for Barry Alves as counsel for Defendants, as set forth in Doc. 149.  Barry Alves is terminated as counsel for Defendants.

DATED this 11th day of January, 2013.

　　　　　　　　　　　　　　　　　　Roslyn O. Silver
　　　　　　　　　　　　　　　　　　Chief United States District Judge