IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory, <br><br> Plaintiff, <br><br> vs. <br><br> James E. Tilton, et al., <br><br> Defendants. | No. CV-07-00775-ROS (PC) <br><br> **ORDER** |

Pending before the Court is Plaintiff's motion for reconsideration regarding a letter Plaintiff wishes to mail to inmate Vizcarra.[1] (Doc. 139).

Discovery is closed. If Plaintiff wishes to seek inmate Vizcarra's attendance at trial, he may do so in his appropriate pretrial filings. Plaintiff will have to show Vizcarra was properly disclosed as a trial witness before the close of discovery.

Accordingly,

**IT IS ORDERED** Plaintiff's motion for reconsideration **(Doc. 139)** is **DENIED**.

DATED this 20th day of February, 2013.

Roslyn O. Silver
Chief United States District Judge

---

[1] It is unclear if the correct spelling is Vizcarra or Viscara.