IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>James E. Tilton, et al.,<br><br>　　　　　Defendants. | No. CV-07-00775-ROS (PC)<br><br>**ORDER** |

　　　This case is ready for trial.

　　　**IT IS ORDERED** a **jury trial** is set for **June 10, 2013 at 8:30 a.m.** The trial will be in Sacramento. Estimated length of trial is two days.

　　　**IT IS FURTHER ORDERED** a telephonic **final pretrial conference** is set for **June 7, 2013 at 2:00 p.m. Arizona time**. Defense counsel shall coordinate a call with Plaintiff, then call chambers at 602-322-7520 five minutes prior to the hearing. No cell phones or speaker phones are permitted.

　　　**IT IS FURTHER ORDERED** no later than **April 1, 2013** the parties shall file the Joint Proposed Pretrial Order using the form available on the Court's website.

　　　**IT IS FURTHER ORDERED** no later than **April 1, 2013** the parties shall file their motions in limine. Responses shall be filed no later than **April 16, 2013.** No replies are allowed.

**IT IS FURTHER ORDERED** no later than **April 1, 2013** the parties shall file a **stipulated** proposed statement of the case or no more than two paragraphs to be read to the jurors at the start of the case; a set of **joint** proposed jury instructions; and a **joint** verdict form.

**IT IS FURTHER ORDERED** the joint proposed jury instructions shall consist of: a joint set of proposed jury instructions where the parties' instructions agree, a separate set of instructions (one for each party) where the parties do not agree, and legal authority supporting all proposed instructions whether the parties agree or not. The parties are cautioned the Court is likely to approve only **model jury instructions**.

**IT IS FURTHER ORDERED** a telephonic status conference is set for **May 3, 2013 at 10:00 a.m.** **Arizona time**. Defense counsel shall coordinate a call with Plaintiff, then call chambers at 602-322-7520 five minutes prior to the hearing. No cell phones or speaker phones are permitted. At the status conference, the parties should be prepared to discuss witnesses, whether witnesses need subpoenaed, jury instructions, and any other trial-related matters.

DATED this 20th day of February, 2013.

_____
Roslyn O. Silver
Chief United States District Judge