IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>James E. Tilton, et al.,<br><br>　　　　Defendants. | No. CV-07-00775-ROS (PC)<br><br>**ORDER** |

**IT IS ORDERED** the telephonic status Conference set for May 3, 2013 at 1:30 p.m. is **RESET** to **May 9, 2013 at 2:00 p.m.** Defense counsel shall coordinate a call with Plaintiff then call chambers at 602-322-7520 five minutes prior to the hearing. No cell phone or speaker phone appearances are permitted. At the status conference, the parties should be prepared to discuss witnesses, whether witnesses need subpoenaed, jury instructions, and any other trial-related matters.

DATED this 28th day of February, 2013.

_____
Roslyn O. Silver
Chief United States District Judge