IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Felton Guillory, | ) | No. CV-07-00775-ROS (PC) |
| Plaintiff, | ) ) ) | **ORDER** |
| vs. | ) ) | |
| James E. Tilton, et al., | ) ) ) | |
| Defendants. | ) ) | |

Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. This case will be referred to Magistrate Judge Kendall J. Newman to conduct a settlement conference on May 7, 2013, at 9:00 a.m. in Courtroom #25.

Defendants filed a notice indicating the parties value the case differently, and therefore Defendants do not believe this case can be settled. Plaintiff has repeatedly sought a mediation. In light of Plaintiff's desire to negotiate a settlement, the Court will order the parties to engage in mediation before a Magistrate Judge.

A separate order and writ of habeas corpus ad testificandum will issue concurrently with this order.

Accordingly,

**IT IS ORDERED**:

1. This case is set for a settlement conference before Magistrate Judge Kendall J. Newman on **May 7, 2013, at 9:00 a.m.** in Courtroom #25 at the U.S. District Court, 501 I Street, Sacramento, California.

2. Parties are to appear with full settlement authority.

3. The parties are directed to exchange non-confidential settlement statements seven days prior to this settlement conference. These statements shall simultaneously be delivered to the court using the following email address: kjnorders@caed.uscours.gov. <u>Plaintiff shall either mail or deliver his settlement statement to the Clerk's Office, located on the 4th Floor. If a party desires to share additional confidential information with the court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).</u>

DATED this 28th day of February, 2013.

_____
Roslyn O. Silver
Chief United States District Judge