IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>James E. Tilton, et al.,<br><br>　　　　Defendants. | No. CV-07-00775-ROS (PC)<br><br>**ORDER** |

Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. This case was referred to Magistrate Judge Kendall J. Newman to conduct a settlement conference. On the Court's own motion,

**IT IS ORDERED**:

1. The May 7, 2013 settlement conference **is VACATED** and **RESET** to **May 21, 2013 at 9:00 a.m.** before Magistrate Judge Kendall J. Newman in Courtroom #25, U.S. District Court, 501 I Street, Sacramento, California.

2. The writ issued on March 1, 2013 (Doc. 159) is **VACATED**. The Court will issue a new writ for May 21, 2013 settlement conference.

3. Parties are to appear with full settlement authority.

4. The parties are directed to exchange non-confidential settlement statements no later than **May 14, 2013**. These statements shall be simultaneously delivered to the court using the following email address: kjnorders@caed.uscours.gov. Plaintiff shall either mail or

1 deliver his settlement statement to the Clerk's Office, located on the 4th Floor. If a party
2 desires to share additional confidential information with the court, they may do so pursuant
3 to the provisions of Local Rule 270(d) and (e).

4       DATED this 18th day of March, 2013.

                                                Roslyn O. Silver
                                        Chief United States District Judge