IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory,<br><br>            Plaintiff,<br><br>vs.<br><br>James E. Tilton, et al.,<br><br>            Defendants. | No. CV-07-00775-ROS (PC)<br><br>**ORDER** |

Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983. This case was referred to Magistrate Judge Kendall J. Newman to conduct a settlement conference. On the Court's own motion,

**IT IS ORDERED**:

1. The May 7, 2013 settlement conference **is VACATED** and **RESET** to **May 21, 2013 at 9:00 a.m.** before Magistrate Judge Kendall J. Newman in Courtroom #25, U.S. District Court, 501 I Street, Sacramento, California.

2. The writ issued on March 1, 2013 (Doc. 159) is **VACATED**. The Court will issue a new writ for May 21, 2013 settlement conference.

3. Parties are to appear with full settlement authority.

4. The parties are directed to exchange non-confidential settlement statements no later than **May 14, 2013**. These statements shall be simultaneously delivered to the court using the following email address: kjnorders@caed.uscours.gov. Plaintiff shall either mail or

deliver his settlement statement to the Clerk's Office, located on the 4th Floor. If a party desires to share additional confidential information with the court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).

DATED this 18th day of March, 2013.

_____
Roslyn O. Silver
Chief United States District Judge