IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>James E. Tilton, et al.,<br><br>　　　　Defendants. | No. CV-07-00775-ROS (PC)<br><br>**ORDER** |

　　　　Plaintiff is a state prisoner proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983. The court finds that appointment of counsel for plaintiff is warranted. Brian Wanerman has been selected from the court's pro bono attorney panel to represent plaintiff, and Mr. Wanerman has accepted the appointment.

　　　　Accordingly,

　　　　**IT IS HEREBY ORDERED:**

　　　　1. Brian Wanerman is appointed as counsel for Plaintiff in the above-entitled matter for the limited purpose of preparing for and presenting the case at trial.

　　　　2. Brian Wanerman shall notify Sujean Park at 916-930-4278, or via email at spark@caed.uscourts.gov, if he has any questions related to the appointment.

　　　　3. The Clerk of the Court is directed to serve a copy of this order upon Brian Wanerman, Law Office of Brian Wanerman, 711 Ninth Street, Suite 100, Sacramento, California 95814.

1     4. Mr. Wanerman is directed to several orders setting important deadlines: the Court's February 20, 2013 order (Doc. 155) setting the June 10, 2013 trial and several pretrial deadlines beginning on April 1, 2013; the Court's March 1, 2013 order (Doc. 157) resetting the status conference to May 9, 2013; and the orders issued concurrently with this order, resetting the settlement conference to May 21, 2013.

    DATED this 18th day of March, 2013.

_____
Roslyn O. Silver
Chief United States District Judge