## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory, | No. CV-07-00775-ROS (PC) |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFACANDUM** |
| vs. | |
| James E. Tilton, et al., | |
| Defendants. | |

Felton Guillory, inmate # C-98863, a necessary and material witness in proceedings in this case on May 21, 2013, is confined in California State Prison, Sacramento (CSP-SAC), Prison Road, Represa, California, 95671, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the **U. S. District Court, 501 I Street, Sacramento, California 95814, in Courtroom #25, on Tuesday, May 21, 2013 at 9:00 a.m.**

**ACCORDINGLY, IT IS ORDERED** that:

1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Newman; and

2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, CSP-SAC, P. O. Box 290002, Represa, California, 95671:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, until completion of the mediation conference or as ordered by Judge Newman.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED this 18th day of March, 2013.

_Roslyn O. Silver_
Chief United States District Judge