IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>James E. Tilton, et al.,<br><br>　　　　Defendants. | No. CV-07-00775-ROS (PC)<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's motion for a 14-day extension. In light of Plaintiff's counsel's recent appointment as trial counsel, the Court will grant a partial extension of seven days.

　　　　**IT IS ORDERED** Plaintiff's motion for extension of time **(Doc. 164)** is **GRANTED IN PART AND DENIED IN PART**. The Court will extend pretrial deadlines to file motions in limine, joint statements, proposed orders and proposed jury instructions by seven days.

　　　　**IT IS FURTHER ORDERED** no later than **April 8, 2013** the parties shall file the Joint Proposed Pretrial Order using the form available on the Court's website.

　　　　**IT IS FURTHER ORDERED** no later than **April 8, 2013** the parties shall file their motions in limine. Responses shall be filed no later than **April 22, 2013.** No replies are permitted unless ordered by the Court.

1 **IT IS FURTHER ORDERED** no later than **April 8, 2013** the parties shall file a stipulated proposed statement of the case of no more than two paragraphs to be read to the jurors at the start of the case; a set of joint proposed jury instructions; and a joint verdict form.

**IT IS FURTHER ORDERED** the joint proposed jury instructions shall consist of: a joint set of proposed jury instructions where the parties' instructions agree, a separate set of instructions (one for each party) where the parties do not agree, and legal authority supporting all proposed instructions whether the parties agree or not. The parties are cautioned the Court is likely to approve only model jury instructions.  The parties are strongly encouraged to submit only model jury instructions.

**IT IS FURTHER ORDERED** the telephonic status conference set for **May 9, 2013 at 2:00 p.m.** Arizona time, as set forth in Doc. 157, is **AFFIRMED**.

**IT IS FURTHER ORDERED** the settlement conference set for **May 21, 2013 at 9:00 a.m.** before Magistrate Judge Kendall J. Newman in Courtroom #25, U.S. District Court, 501 I Street, Sacramento, California, as set forth in Doc. 161, is **AFFIRMED**.

**IT IS FURTHER ORDERED** the telephonic final pretrial conference set for **June 7, 2013 at 2:00 p.m.** Arizona time is **AFFIRMED**.  Defense counsel shall coordinate a call with Plaintiff's counsel, then call chambers at 602-322-7520 five minutes prior to the hearing.  No cell or speaker phones are permitted.

**IT IS FURTHER ORDERED** the jury trial set for **June 10, 2013 at 8:30 a.m.** is **AFFIRMED**.  The trial will be in Sacramento.  Estimated length of trial is two days.

DATED this 27th day of March, 2013.

_____
Roslyn O. Silver
Chief United States District Judge