IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>James E. Tilton, et al.,<br><br>　　　　　　　Defendants. | No. CV-07-00775-ROS<br><br>**ORDER** |

　　　Plaintiff was recently transferred from California State Prison, Sacramento, to Wasco State Prison. As a result of this transference, his legal file has gone missing.

　　　Motions in limine **(Doc. 170, 175, 176, 177)** have been filed; the Court notes that responses were due on April 25, 2013 but that no responses were filed. In light of these developments:

　　　**IT IS ORDERED** the telephonic status conference scheduled for May 9, 2013 is **VACATED**.

　　　**IT IS FURTHER ORDERED** Defense Counsel shall immediately make all reasonable efforts to produce Plaintiff's legal file and file notice with the Court when the Plaintiff's legal file has been produced. If the file cannot immediately be produced, Defense Counsel is instructed to file notice with the Court at once.

　　　**IT IS FURTHER ORDERED** Plaintiff's motion for extension of time **(Doc. 180)** is **GRANTED** and Plaintiff's motion for extension of time **(Doc. 166)** is **DENIED** as moot.

1 **IT IS FURTHER ORDERED** Plaintiff's motion for an extension of time
2 regarding motions in limine **(Doc. 167)** is **GRANTED**.

3 **IT IS FURTHER ORDERED** Plaintiff's request for re-opening of discovery
4 **(Doc. 181)** is **DENIED**.

5 **IT IS FURTHER ORDERED** the parties are to provide written responses to the
6 motions in limine by opposing counsel no later than **May 16, 2013**, and if there is no
7 opposition to an opponent's motion in limine, such lack of opposition is to be filed on the
8 docket.

9 **IT IS FURTHER ORDERED** the parties are to provide a joint status report in
10 lieu of the vacated telephonic status conference no later than **May 9, 2013**. The joint
11 status report shall include a complete list of witnesses to appear at trial as well as whether
12 Plaintiff needs the assistance of this Court in securing the attendance of his witnesses at
13 trial. Additionally, the parties shall set forth all issues they wished to raise or anticipated
14 discussing in the telephonic conference.

15 Dated this 2nd day of May, 2013.

_____
Roslyn O. Silver
Chief United States District Judge