1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9

10

11

12

| | |
|---|---|
| Felton Guillory, | No. CV-07-00775-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| James E. Tilton, et al., | |
| Defendants. | |

13

14      Plaintiff was recently transferred from California State Prison, Sacramento, to

15 Wasco State Prison.  As a result of this transference, his legal file has gone missing.

16      Motions in limine **(Doc. 170, 175, 176, 177)** have been filed; the Court notes that

17 responses were due on April 25, 2013 but that no responses were filed.  In light of these

18 developments:

19      **IT IS ORDERED** the telephonic status conference scheduled for May 9, 2013 is

20 **VACATED**.

21      **IT IS FURTHER ORDERED** Defense Counsel shall immediately make all

22 reasonable efforts to produce Plaintiff's legal file and file notice with the Court when the

23 Plaintiff's legal file has been produced.  If the file cannot immediately be produced,

24 Defense Counsel is instructed to file notice with the Court at once.

25      **IT IS FURTHER ORDERED** Plaintiff's motion for extension of time **(Doc. 180)**

26 is **GRANTED** and Plaintiff's motion for extension of time **(Doc. 166)** is **DENIED** as

27 moot.

28

1    **IT IS FURTHER ORDERED** Plaintiff's motion for an extension of time

2    regarding motions in limine **(Doc. 167)** is **GRANTED**.

3    **IT IS FURTHER ORDERED** Plaintiff's request for re-opening of discovery

4    **(Doc. 181)** is **DENIED**.

5    **IT IS FURTHER ORDERED** the parties are to provide written responses to the

6    motions in limine by opposing counsel no later than **May 16, 2013**, and if there is no

7    opposition to an opponent's motion in limine, such lack of opposition is to be filed on the

8    docket.

9    **IT IS FURTHER ORDERED** the parties are to provide a joint status report in

10   lieu of the vacated telephonic status conference no later than **May 9, 2013**.  The joint

11   status report shall include a complete list of witnesses to appear at trial as well as whether

12   Plaintiff needs the assistance of this Court in securing the attendance of his witnesses at

13   trial.  Additionally, the parties shall set forth all issues they wished to raise or anticipated

14   discussing in the telephonic conference.

15   Dated this 2nd day of May, 2013.

16

17

18   _____

19   Roslyn O. Silver

     Chief United States District Judge

20

21

22

23

24

25

26

27

28