1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory,<br><br>     Plaintiff,<br><br>v.<br><br>James E. Tilton, et al.,<br><br>     Defendants. | No. CV-07-00775-ROS<br><br>**ORDER** |

In light of the recently filed Joint Status Report (Doc. 183),

**IT IS ORDERED** that counsel for Plaintiff shall file a statement setting forth objections, if any, to Defendants' proposed witnesses and that counsel for Defendants shall file a statement setting forth objections, if any, to Plaintiff's proposed witness **no later than Tuesday, May 14, 2013 at 12:00PM**.  If counsel have no objection to particular witnesses, that, too, is to be noted and filed in the same document.

**IT IS FURTHER ORDERED** that, **no later than Tuesday, May 14, 2013 at 12:00PM**, Defendants' counsel, notwithstanding any objections to these witnesses being called, shall file a statement addressing the following:

1. Whether they will voluntarily produce inmates William Rainer, Ceasar Vizcarra, and Ken Watson or if the Court should immediately issue the appropriate writs.

2. How they will provide the last known addresses for former inmates Greg Atkinson and Arcilla (first name omitted in Plaintiff's witnesses list, Doc. 183).

3. How they will give details sufficient for Plaintiff to subpoena Correctional Captain R. Knowles, Correction Sergeant Villanueva, Dr. William Reese, and Dr. Martin Berry.

4. How they will identify and give details sufficient for Plaintiff to subpoena the physical therapist who treated Plaintiff at the California Correctional Institute.

Dated this 13th day of May, 2013.

Roslyn O. Silver
Chief United States District Judge