UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Felton Guillory

Plaintiff(s)

v.

James E. Tilton et. al.

Defendants.

Case Number: 1:07-cv-00775 ROS (PC)

REQUEST FOR AUTHORITY TO INCUR COSTS (APPOINTED PRO BONO COUNSEL)

REQUEST OF PRO BONO COUNSEL FOR PRE-APPROVAL OF EXPENDITURES

*Complete this form and return it to the court for approval prior to incurring the cost for which reimbursement is requested.*

*All yellow highlighted fields must be completed prior to submission of this form.*

I, Brian K. Wanerman, attorney for plaintiff(s), declare as follows:

I was appointed to represent plaintiff(s) in this action on March 18, 2013, by the Honorable Roslyn O. Silver, United States District Judge/Magistrate Judge.

*If no expenditure is being requested in one or more of the following itemized areas, enter 0 in the appropriate field.*

TRAVEL EXPENSES:

☐ Miles (Mileage is paid at the prevailing GSA rate which is available at www.gsa.gov).$

Non-mileage travel expenses: .................................................$ 530.00

DEPOSITION COSTS: (Not covered by the Court Reporters Transcript Fund)...........$

SERVICE OF PAPERS, WITNESS FEES: ............................................$

INTERPRETER AND EXPERT WITNESS FEES: .......................................$

PHOTOCOPIES, PHOTOGRAPHS, & TELEPHONE TOLL CALLS:.......$

OTHER: (A description of expenses must be attached)..................................$

**Please provide a more detailed description of your expense request.**

Reason for travel: Travel from Sacramento to Wasco State prison (WSP) in Wasco CA for 2d meeting with client to clarify issues and obtain additional information to prepare for telephonic status conference on May 9, 2013. Two days required to hold two meetings with client.

Breakdown of expected expenses:
Hotel: 2 nights at $110/night    $220
Rental car - 3 days              $180
Fuel:                            $75
Meals:                           $55

TOTAL AMOUNT REQUESTED:................................................$ 530.00

I therefore request that this court authorize the expenditure(s) stated above which is/are necessary to continue my pro bono representation of plaintiff.

Case Number: 1:07-cv-00775 ROS (PC)

The following requests for authority to incur costs in this case have already been approved. The amount that has been reimbursed by the court for each previously approved expenditure is indicated in the "Amount Reimbursed" column.

| Amount Approved | Purpose | Amount Reimbursed |
|---|---|---|
|  | Initial trip to Wasco State Prison to interview client |  |
|  | Total reimbursement requested but not yet approved: $303.47 |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 26th day of April, 2013, at Sacramento, California.

Attorney's Signature

I authorize reimbursement of the foregoing expenses.

5/10/13
Date

Hon. Roslyn O. Silver
Chief United States District Judge
District of Arizona

For questions concerning this form, please contact:
ADR & Pro Bono Program Director
United States District Court, Eastern District of California
501 I Street, Suite 4-200, Sacramento, CA 95814
Email: spark@caed.uscourts.gov