UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

REQUEST FOR PAYMENT OF PRO BONO EXPENSES
FROM THE DISTRICT COURT NON-APPROPRIATED FUND

**Your taxpayer identification number is required for all reimbursements.** Please provide this information to Leslie Medina, Financial Administrator, at (916) 930-4027, via e-mail at Lmedina@caed.uscourts.gov, or in the "Other" field below.

*All yellow highlighted fields must be completed prior to submission of this form.*

| | |
|---|---|
| CASE TITLE: | Guillory v. Tilton |
| CASE NUMBER: | 1:07-CV-00775-ROS (PC) |
| ATTORNEY NAME: | Brian K. Wanerman |
| EMAIL: | b.wanerman@sbcglobal.net |
| PHONE NO. | (916) 335-9056 |
| FIRM OR BUSINESS NAME: | Law Office of Brian K. Wanerman |
| MAILING ADDRESS: | 711 9th Street, Suite 100 |
| CITY: | Sacramento |
| STATE: | CA |
| ZIP: | 95814 |
| NAME OF PARTY REPRESENTED: | Felton Guillory |

**ITEMIZED EXPENSES (Documentation/receipts for each expense must be attached)**
*If no expense is being claimed in one or more of the following itemized areas, enter 0 in the appropriate field.*

TRAVEL EXPENSES:

| | | |
|---|---|---|
| 0 Miles (Mileage is paid at the prevailing GSA rate which is available at www.gsa.gov) | $ | 0 |
| Non-mileage travel expenses: | $ | 303.47 |
| DEPOSITION COSTS: (Not covered by the Court Reporters Transcript Fund) | $ | 0 |
| SERVICE OF PAPERS, WITNESS FEES: | $ | 0 |
| INTERPRETER AND EXPERT WITNESS FEES: | $ | 0 |
| PHOTOCOPIES, PHOTOGRAPHS, & TELEPHONE TOLL CALLS: | $ | 0 |
| OTHER: (A description of expenses must be attached) | $ | 0 |

**Please provide a more detailed description of your expenses.**

| | |
|---|---|
| Rental Car | $ 97.85 |
| -- Less erroneously charged insurance costs refunded to attorney | $ (6.99) |
| Hotel 4/03/2013 | $116.16 |
| Fuel 4/03/2013 | $ 40.29 |
| Fuel 4/04/2013 | $ 15.33 |
| Fuel 4/04/2013 | $ 15.90 |
| Meals - Dinner 4/03/2013 | $ 16.11 |
| Meals - Lunch 4/04/2013 | $  8.82 |

| | |
|---|---|
| TOTAL AMOUNT REQUESTED: $ | 303.47 |

CASE NUMBER: 1:07-CV-00775-ROS (PC)

I swear (or affirm) the truth and correctness of the above statements, that I have received advance approval to incur these expenses, or that the expenses conform to General Order 510 Section 2(B), and that each of the listed expenses were, in my best judgment, necessary for the adequate preparation and presentation of the above-named case. I hereby request reimbursement for the total amount of expenses incurred in the preparation of this case.

Signed this  14th  day of  April , 2013 , at  Sacramento , California.

_____
Attorney's Signature

I authorize reimbursement of the foregoing expenses.

5/14/13
Date

_____
Hon. Roslyn O. Silver
Chief United States District Judge
District of Arizona

For questions concerning this form, please contact:
ADR & Pro Bono Program Director
United States District Court, Eastern District of California
501 I Street, Suite 4-200, Sacramento, CA 95814
Email: spark@caed.uscourts.gov