IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory, | No. CV-07-00775-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| James E. Tilton, et al., | |
| Defendants. | |

This Court has issued Writs of Habeas Corpus Ad Testificandum for the following inmates: William Rainer, Ceasar Vizcarra, and Ken Watson. In light of the substantial assistance already provided by this Court, the information provided by defense counsel (Doc. 189), and the fact that Plaintiff is represented by counsel,

**IT IS ORDERED** that, barring extraordinary circumstances, Plaintiff's counsel shall issue and serve any and all subpoenas he deems necessary without looking to this Court or opposing counsel for additional assistance.

**IT IS FURTHER ORDERED** the Clerk of the Court is directed to provide a copy of sealed Document No. 119, which contains the last known addresses of Gregory Atkinson, Abraham (Abram) Arcila, and William Rainer, to Plaintiff's counsel; Plaintiff's counsel shall not share the information contained within that document, including the addresses, with Plaintiff himself.

DATED this 20th day of May, 2013.

_____
Roslyn O. Silver
Chief United States District Judge