1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Felton Guillory,

                     Plaintiff,

v.

James E. Tilton, et al.,

                     Defendants.

No. CV-07-00775-ROS

**ORDER**

In light of the completed settlement conference, and because the parties have reached a settlement agreement (Docs. 202, 203),

**IT IS ORDERED** that all Writs of Habeas Corpus Ad Testificandum (Docs. 186, 195, 196, 197) are **VACATED**.

**IT IS FURTHER ORDERED** that the following witness fees, tendered in response to this Court's order (Doc 127), shall be returned: GREGORY ATKINSON in the amount of $257.56 (3401004105); ABRAN ARCILA, in the amount of $255.90 (3401004106); WILLIAM RAINER, in the amount of $255.34 (3401004107).

Dated this 21st day of May, 2013.

_____
Roslyn Ø. Silver
Chief United States District Judge