IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory,<br><br>          Plaintiff,<br><br>v.<br><br>James E. Tilton, et al.,<br><br>          Defendants. | No. CV-07-00775-ROS<br><br>**ORDER** |

In light of the completed settlement conference, and because the parties have reached a settlement agreement (Docs. 202, 203),

**IT IS ORDERED** that all Writs of Habeas Corpus Ad Testificandum (Docs. 186, 195, 196, 197) are **VACATED**.

**IT IS FURTHER ORDERED** that the following witness fees, tendered in response to this Court's order (Doc 127), shall be returned: GREGORY ATKINSON in the amount of $257.56 (3401004105); ABRAN ARCILA, in the amount of $255.90 (3401004106); WILLIAM RAINER, in the amount of $255.34 (3401004107).

Dated this 21st day of May, 2013.

_____
Roslyn O. Silver
Chief United States District Judge