IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory,<br><br>    Plaintiff,<br><br>vs.<br><br>James E. Tilton, et al.,<br><br>    Defendants. | No. CV-07-00775-ROS<br><br>**ORDER** |

Pursuant to stipulation of the parties (**Doc. 206**), and good cause appearing,

**IT IS ORDERED** this action is dismissed with prejudice.

DATED this 11th day of June, 2013.

_____
Roslyn O. Silver
Chief United States District Judge