IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Felton Guillory, | No. CV-07-00775-ROS |
| Plaintiff, | **ORDER** |
| vs. | |
| James E. Tilton, et al., | |
| Defendants. | |

Pursuant to stipulation of the parties (**Doc. 206**), and good cause appearing,

**IT IS ORDERED** this action is dismissed with prejudice.

DATED this 11th day of June, 2013.

Roslyn O. Silver
Chief United States District Judge